UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS MUNOZ SANTOS,<br>      Petitioner,<br>  v.<br>LINDA R. THOMAS,<br>      Respondent. | Case No. CV 11-6330-CJC(AJW)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT |

In this petition for a writ of habeas corpus, petitioner challenged the extradition court's order certifying him as extraditable in case no. CV 06-5092-AJW. See In re Extradition of Santos, 795 F. Supp. 2d 966 (C.D. Cal. 2011). On December 19, 2016, after the Ninth Circuit's decision remanding this case, see Santos v. Thomas, 830 F.3d 987 (9th Cir. 2016) (en banc), the extradition court denied the government's request for recertification of extraditability. [Case No. CV 06-5092-AJW (Dkt. No 242)]. Accordingly, this petition for a writ of habeas corpus is **dismissed as moot**.
**It is so ordered.**

Dated: January 13, 2017

_____
Cormac J. Carney
United States District Judge