UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS MUNOZ SANTOS,<br><br>   Petitioner,<br><br>  v.<br><br>LINDA R. THOMAS,<br><br>   Respondent. | ) Case No. CV 11-6330-CJC(AJW)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: January 13, 2017

_____
Cormac J. Carney
United States District Judge